IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 79ML |
| | ) | CR. No. |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| EVONNE D. MAURICE | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about December 1, 2005, in the District of Rhode Island, the Defendant, EVONNE D. MAURICE, by intimidation, attempted to take from the person and presence of another money belonging to and in the care, custody, control, management, and possession of Citizens Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 7-12-06