PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. ____________

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

USA vs.

Defendant: Evonne D. Maurice

Addr

Birth Date

en cable)

Soci

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☒ U.S. Atty ☐ Other U.S. Agency

Phone No. ____________

Name of Asst. U.S. Attorney (if assigned): JAMES H. LEAVEY

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody

☒ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. Sec. 2113(a) | ATTEMPTED BANK ROBBERY | ☒ Felony ☐ Misdemeanor |
| | PENALTIES: 20 years imprisonment; | | ☐ Felony ☐ Misdemeanor |
| | up to $250,000 fine; 3 years supervised | | ☐ Felony ☐ Misdemeanor |
| | release; $100 mandatory special | | ☐ Felony ☐ Misdemeanor |
| | assessment. | ESTIMATED TRIAL DAYS: 3 | ☐ Felony ☐ Misdemeanor |