1193046

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

EVONNE D. MAURICE

**WARRANT FOR ARREST**

CASE NUMBER: CR06-79ML

RECEIVED

JUL 12 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EVONNE D. MAURICE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ATTEMPTED BANK ROBBERY

in violation of
Title 18 United States Code, Section(s) 2113(a)

| | |
|---|---|
| JEANNINE THEALL | DEPUTY CLERK |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | July 12, 2006 - PROVIDENCE, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at
$ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ | | |
| DATE RECEIVED 07/12/2006 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 07/18/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.