**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-079-01ML** |
| | ) | |
| **EVONNE D. MAURICE** | ) | |

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the defendant, Evonne D. Maurice, by and through her counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on September 12, 2006.

The trial of this matter is currently scheduled for jury empanelment on September 12, 2006, and trial thereafter. The defendant is requesting that this matter be continued for an additional thirty (30) days. In support of this motion, counsel states that the additional time is needed to time to review discovery, investigate the issues, obtain a plea offer, and fully consider her plea options. Further, defense counsel is court-excused for medical reasons beginning August 8 through and including August 21, 2006.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Evonne D. Maurice
By her attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to James Leavey, Assistant United States Attorney, on August 10, 2006.

Granted.
Mary M. Lisi
USDJ 8/11/06

/s/ Kevin J. Fitzgerald