UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA 06-079 ML

EVONNE D. MAURICE

ORDER

This matter came before the Court for a final pretrial conference on November 16, 2006. Counsel for the defendant advised the Court that the defendant remains in custody outside the District of Rhode Island. The jury impanelment previously scheduled for November 29, 2006 is hereby rescheduled to January 4, 2007. The Court hereby deems the time between the date of this Order and the January 4, 2007 impanelment excludable under the Speedy Trial Act.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
November 16, 2006