IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-079-ML |
| vs. | ) | |
| | ) | |
| EVONNE D. MAURICE | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Evonne D. Maurice, CR06-079ML. Assistant United States Attorney James H. Leavey, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
e-mail:andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 16th day of February, 2007, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin J. Fitzgerald, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/S/ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
e-mail: andrew.reich@usdoj.gov