**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : CR. No. 06-0792-ML
:
EVONNE D. MAURICE :

**GOVERNMENT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully submits this Objection to the Presentence Investigation Report. In support of it's Objection, the government states as follows:

Guideline § 2B3.1(b)(1) provides that "[i]f the property of a financial institution ... was taken, or if the taking of such property was an object of the offense, increase by 2 levels." In the case at bar, it is clear that the object of the attempted bank robbery was to take property belonging to Citizen's Bank, a financial institution. For this reason, the 2 level increase should be applied. The Presentence Investigation Report does not, however, impose this 2 level increase.

If the 2 level increase were applied, the Total Offense Level would be 21, giving rise to a guideline range of 37 to 46 months imprisonment.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 26th day of July, 2007, I caused the within Government's Objection to Presentence Investigation Report to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following have received notice electronically:

Kevin J. Fitzgerald, Esquire
Federal Public Defender's Office
10 Weybosset Street
Providence, Rhode Island 02903; and

United States Probation Office
2 Exchange Terrace, 3rd Floor
Providence, Rhode Island 02903.

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
email: andrew.reich@usdoj.gov