IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR NO. 06-079-ML |
| | : | |
| EVONNE D. MAURICE | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THIRD LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through its undersigned attorneys, and moves this Court to grant the defendant a third level decrease for acceptance of responsibility pursuant to Guideline § 3E1.1(b), provided the Court determines the defendant's offense level to be level 16 or greater. The defendant assisted the government in the investigation and prosecution of her misconduct by timely notifying the government of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: andrew.reich@usdoj.gov

## CERTIFICATE OF SERVICE

I the undersigned on this 7th day of August, 2007 caused the within Government's Motion to Grant Defendant a Third level Decrease for Acceptance of Responsibility to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

Kevin J. Fitzgerald, Esq.
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail:andrew.reich@usdoj.gov